

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ex Parte: Carol Paselk

No. 06-14-00099-CR

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 00665). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's ruling with respect to Carol Paselk's Article 11.072 petition for writ of habeas corpus, but dismiss for want of jurisdiction the portion of her appeal related to her Article 11.09 petition for writ of habeas corpus.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 1, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk